**Order filed February 27, 2014.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-00901-CV

———————

### BARBARA ULMER, Appellant

### V.

### DEREK ANTHONY JENKINS, SR., Appellee

**On Appeal from the 309th District Court
Harris County, Texas
Trial Court Cause No. 2012-44247**

## O R D E R

The reporter's record was filed in two volumes on October 23, 2013, and November 18, 2013. On December 5, 2013, appellant notified this court that she had requested supplementation of the reporter's record with exhibits admitted at trial on May 10, 2013. *See* Tex. R. App. P. 34.6(d). The trial proceedings on May 10, 2013, were reported by Toyloria Lanay Hunter, deputy official court reporter. To date, the supplemental reporter's record has not been filed. Accordingly, we issue the following order.

We order **Toyloria Lanay Hunter,** deputy official court reporter, to file a supplemental reporter's record on or before **March 14, 2014**, containing the following:

1. Plaintiff's Exhibit 1, an iPad recording;

2. Respondent's Exhibit 15, Protective Order;

3. Respondent's Exhibit 17, Picture of Horse Head;

4. Respondent's Exhibit 18, Photo of Anthony Jenkins;

5. Respondent's Exhibit 19, Cert. of Class Completion; and

6. Respondent's Exhibit 20, E-mail.


PER CURIAM